UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
**ROME** DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| **JANAYA IMANI RUSSELL** | * | CASE NO.: **26-60441** |
| | * | CHAPTER **13** |
| Debtor | * | |
| | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on 3rd day of November, 2026 I electronically filed the foregoing "Pre Confirmation Plan Modification". I have also on this day caused a copy of the pleading to be placed in first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Janaya Russell
4270 Reserve Hill
Crossing Douglasville, GA 30135

**K Edward Safir—VIA ECF**
Suite 1600
285 Peachtree Center Ave
Atlanta, GA 30303

Plus All Parties on Attached Matrix

Dated: **November 3, 2026.**

/s/______________________
Danielle J. Eliot
Attorney for Debtor
Georgia Bar No. 142243

1001 Weatherstone Pkwy, Ste 420
Woodstock, GA 30188
(770) 672-6735 Telephone
danielle@djelawfirm.com