Label Matrix for local noticing
113E-1
Case 26-60441-sms
Northern District of Georgia
Atlanta
Tue Nov 3 10:21:16 EST 2026

Dept of Education/Neln
PO Box 82561
Lincoln, NE 68501-2561

Discovercard
PO Box 30939
Salt Lake City, UT 84130-0939

EMERGENCY COVERAGE LLC
PO BOX 1123
MINNEAPOLIS, MN 55440-1123

Danielle J. Eliot
Law Office of Danielle J Eliot, PC
Ste 420
1001 Weatherstone Pkwy
Woodstock, GA 30188-4495

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Internal Revenue Service
401 W Peachtree St. NW
Stop 334D, Room 400
Atlanta, GA 30308

Brandi L. Kirkland
K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., Ste. 1600
Atlanta, GA 30303-1100

Medical Data Systems I
2001 9th Ave
Ste 312
Vero Beach, FL 32960-6413

Navy Federal Cr Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

Navy Federal Credit Union
P.O. BOX 3000
MERRIFIELD, VA 22119-3000

Progress Residential
7500 N. Dobson Road
Suite 300
Scottsdale, AZ 85256-2727

Janaya Russell
4270 Reserve Hill Crossing
Douglasville, GA 30135-5189

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1100

(p)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

U.S. Department of Education c/o Nelnet
121 S 13TH ST
LINCOLN, NE 68508-1911

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Yamasa Co. LTD
The Totten Firm
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338-4154

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE Suite 339
Atlanta, GA 30345

Self Financial/Lead Ba
PO Box 11
Southlake, TX 76092-0011

(d)Self Financial/Lead Ba
Self Financial, Inc., Attn: Bankruptcy
PO Box 11
Southlake, TX 76092-0011

End of Label Matrix
Mailable recipients 18
Bypassed recipients 0
Total 18