UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
**ATLANTA** DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| **JANAYA RUSSELL**, | * | CASE NO.: **26-60441** |
| | * | |
| | * | CHAPTER **13** |
| Debtor | * | |
| | * | |

**AMENDMENT**

Comes now, the debtors by and through undersigned counsel, and files this Amendment to the Voluntary Petition to disclose the Debtor's middle name

Respectfully Submitted this **November 3, 2026**

__/s/________________________________
Danielle J Eliot, GA Bar Number 142243
Attorney for Debtor
1001 Weatherstone Pkwy
Suite 420
Woodstock, GA 30188

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
**ATLANTA** DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| **JANAYA RUSSELL**, | * | CASE NO.: **26-60441** |
| | * | |
| | * | CHAPTER **13** |
| Debtor | * | |
| | * | |

## CERTIFICATE OF SERVICE

I, the undersigned certify under penalty of perjury that on this day I served the following parties with a copy of the attached "Amendment" by placing true copies of the same in the United States Mail with adequate postage affixed to ensure delivery, addressed to:

Janaya Russell
4270 Reserve Hill Crossing
Douglasville, GA 30135

K Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave
Atlanta, GA 30303

Dated: **November 3, 2026**

By:___/s/________________________
Danielle J. Eliot, Bar No 142243
Attorney for Debtor

Law Office of Danielle J Eliot, PC
1001 Weatherstone Pkwy
Suite 420
Woodstock, GA 30188
770-672-6735