UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
**ATLANTA** DIVISION

| | | |
|---|---|---|
| IN RE:<br>**JANAYA IMANI RUSSELL,**<br><br>Debtor | *<br>*<br>*<br>*<br>*<br>* | CASE NO.: **26-60441**<br><br>CHAPTER **13** |

**AMENDMENT**

Comes now, the debtors by and through undersigned counsel, and files this "Amendment" as follows:

1. Statement of Financial Affairs Question 16 is Amended as Attached
2. Schedule G is Amended as Attached
3. Schedule H is Amended as Attached
4. Attorney Disclosure Statement is Amended as Attached
5. Summary of Assets and Liabilities is Amended as Attached
6. Declaration Regarding Debtor's Schedules is Filed as Attached

Respectfully Submitted this **November 3, 2026**

__/s/________________________________
Danielle J Eliot, GA Bar Number 142243
Attorney for Debtor
1001 Weatherstone Pkwy
Suite 420
Woodstock, GA 30188

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
**ATLANTA** DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| **JANAYA IMANI RUSSELL**, | * | CASE NO.: **26-60441** |
| | * | |
| | * | CHAPTER **13** |
| Debtor | * | |
| | * | |

**CERTIFICATE OF SERVICE**

I, the undersigned certify under penalty of perjury that on this day I served the following parties with a copy of the attached "Amendment" by placing true copies of the same in the United States Mail with adequate postage affixed to ensure delivery, addressed to:

Janaya Russell
4270 Reserve Hill Crossing
Douglasville, GA 30135

K Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave
Atlanta, GA 30303

Dated: **November 3, 2026**

By:___/s/________________________
Danielle J. Eliot, Bar No 142243
Attorney for Debtor

Law Office of Danielle J Eliot, PC
1001 Weatherstone Pkwy
Suite 420
Woodstock, GA 30188
770-672-6735