UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
**ATLANTA** DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| **JANAYA IMANI RUSSELL**, | * | CASE NO.: **26-60441** |
| | * | |
| | * | CHAPTER **13** |
| Debtor | * | |
| | * | |

NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN

PLEASE TAKE NOTICE that the Debtor(s) has/have filed a preconfirmation modification to the Chapter 13 Plan. The preconfirmation modification may materially and adversely change the treatment or rights of creditors from those set forth in the Chapter 13 Plan previously filed.

**<u>Your rights may be affected</u>. You should read the preconfirmation modification carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you oppose confirmation of the Chapter 13 Plan, as modified, and do not want the court to confirm it, or if you want the Court to consider your views, then not less than seven days before the hearing on confirmation scheduled below, you or your attorney must:

(1) File with the court a written objection, explaining your positions and views as to why the court should not confirm the Chapter 13 Plan, as modified. The written objection must be filed at the following address:

**US Bankruptcy Court Clerk's Office**
**75 Ted Turner Dr**
**Room 1340**
**Atlanta, GA 30303**

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it not less than seven days before the hearing on confirmation scheduled below.

(2) Mail or deliver a copy of your written objection to the Debtor's attorney at the address stated below and to the Chapter 13 Trustee. You must attach a certificate of service to your written objection, stating when, how, and on whom (including addresses) you served the objection.

If you or your attorney do not file a timely objection, the court may decide that you do not oppose confirmation of the Chapter 13 plan, as modified.

A hearing on confirmation of the Chapter 13 Plan, as modified, will be held at **9:30 AM** on **December 1, 2026** Courtroom **1201** United States Courthouse, 75 Ted Turner Dr, SW, Atlanta, GA 30303**,** which must be attended in person unless the court orders otherwise

Dated: November 3, 2026

__/s/________________________________
Danielle J Eliot, GA Bar Number 142243
Attorney for Debtor
1001 Weatherstone Pkwy
Suite 420
Woodstock, GA 30188
770-672-6735

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
**ATLANTA** DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| **JANAYA IMANI RUSSELL,** | * | CASE NO.: **26-60441** |
| | * | |
| | * | CHAPTER **13** |
| Debtor | * | |
| | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on 3rd day of November, 2026, I electronically filed the foregoing Notice of Hearing on Confirmation of Modified Plan and Deadline for Objections to Modified Plan with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Dated and Served this 3rd day of November, 2026

__/s/______________________________
Danielle J Eliot, GA Bar Number 142243
Attorney for Debtor
1001 Weatherstone Pkwy
Suite 420
Woodstock, GA 30188
770-672-6735

Served:

Janaya Russell
4270 Reserve Hill Crossing
Douglasville, GA 30135

K Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave
Atlanta, GA 30303

Yamasa Co. LTD Syndicate-5
7500 N Dobson Rd
Scottsdale, AZ 85256

Yamasa Co. LTD
The Totten Firm
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338