**IT IS ORDERED as set forth below:**

**Date: November 23, 2026**

______________________________

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Janaya Russell | ) | |
| Debtor(s). | ) | |
| | ) | CASE NO. 26-60441-sms |
| | ) | CHAPTER 13 |
| Yamasa Co. LTD, | ) | Judge Sage M. Sigler |
| Movant. | ) | |
| V. | ) | CONTESTED MATTER |
| Janaya Russell, Debtor(s); Keeli Rosser, Codebtor(s); and K. Edward Safir, Trustee | ) | |
| Respondents. | ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY**

On October 20, 2026, Yamasa Co. LTD (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay and Motion for Relief Codebtor Stay (Doc. No. 17) (the "Motion"). The Motion concerns rented real property known as 4270 Reserve Hill Xing, Douglasville GA

30135, (the "Property"). A hearing on said Motion was heard on November 17, 2026, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor, Codebtor, or Trustee, and with no opposition to Movant's Motion announced at the hearing by the Debtor, Codebtor, or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301 of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor and Co-Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ Albert C. Guthrie (w/ exp perm)
Albert C. Guthrie
GA BAR NO. 142399
Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303

***Distribution List:***

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

Danielle J. Eliot
Law Office of Danielle J. Eliot, PC
Ste 420
1001 Weatherston Pkwy
Woodstock, GA 30188

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303

Janaya Russell, Debtor
4270 Reserve Hill Xing
Douglasville GA 30135

Keeli Rosser, Codebtor
4270 Reserve Hill Xing
Douglasville GA 30135